**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., | |
| Plaintiff, | 2:14-cv-00501-RFB-VCF |
| vs. | **ORDER** |
| ZACHARY TSAMBIS, | |
| Defendant. | |

Before the court are Plaintiff's Motion to Extend Time for Discovery and Order (#40) and Motion to Allow Defendant an Additional 30 days to Attempt to Retain New Counsel (#43).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Extend Time for Discovery and Order (#40) and Motion to Allow Defendant an Additional 30 days to Attempt to Retain New Counsel (#43) is scheduled for 10:00 a.m., January 16, 2015, courtroom 3D.

DATED this 29th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE