**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., | |
| Plaintiff, | 2:14-cv-00501-RFB-VCF |
| vs. | **ORDER** |
| ZACHARY TSAMBIS, *et al.,* | |
| Defendants. | |

Before the court is *pro se* Defendant Zachary Tsambis' Motion For *Pro Se* Litigant To File Electronically. (#54).

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* Defendant Zachary Tsambis' Motion For *Pro Se* Litigant To File Electronically (#54) is GRANTED with the following provisions:

1. On or before February 20, 2015, Defendant Tsambis must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this court's website.

2. Defendant Tsambis is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Defendant Tsambis shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

. . .

. . .

IT IS FURTHER ORDERED that failure to adhere to requirements set forth in this order will result in a denial of the Motion For *Pro Se* Litigant To File Electronically (#54).

DATED this 2nd day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE