**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., | Case No. 2:14–cv–501–RFB–VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| ZACHARY TSAMBIS, *et al.* | |
| Defendants. | |

This matter involves Exobox Technologies' civil action against Zachary Tsambis, *et al.* for civil conspiracy and intentional interference with Exobox's business. Ten motions are before the court: Tsambis' five Motions to Compel (#51, #56, #59, #65, #69), two Motions for Discovery Sanctions (#49, #57), two Motions for Contempt (#50, #58), and Motion to Appear Telephonically (#63).

Tsambis' Motions to Compel, Motions for Discovery Sanctions, and Motions for Contempt seek various forms of relief in connection with one issue: Exobox's alleged failure to permit inspection of its books and records. Tsambis' motions are denied. Discovery is stayed, (*see* Doc. #47 at 3:3–4), and Tsambis' motions do not comply with the governing rules. *See generally* LR 26-7; FED. R. CIV. P. 26–37.[1]

The court recognizes that Tsambis is currently proceeding *pro se*. Nonetheless, he is required to read and comply with the rules of court. Tsambis' failure to follow the rules slows litigation and may result in the court recommending that Tsambis be deemed a vexatious litigant. This will require Tsambis to seek leave of court before filing documents with the court—both in this matter as well as any other

---

[1] The District of Nevada's Local Rules of Civil Practice and the Federal Rules of Civil Procedure are available online.

matter in the District of Nevada.

Tsambis' Motion to Appear Telephonically is also denied. There is no hearing scheduled and, therefore, no reason to seek leave of court to appear telephonically. If the court sets a hearing in the future, Tsambis may file a request to appear telephonically at that time.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Zachary Tsambis' Motions (#49, #50, #51, #56, #57, #58, #59, #63, #65, #69) are DENIED.

IT IS SO ORDERED.

DATED this 9th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE