**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., | |
| Plaintiff, | 2:14-cv-00501-RFB-VCF |
| vs. | **<u>ORDER</u>** |
| ZACHARY TSAMBIS, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Ex Parte Motion for Extension of Time to Serve the Summonses and Amended Complaint. (#132).

Exobox seeks to extend the time to effect service of the Summonses and Amended Complaint upon those Defendants that have not been served. *Id.* Plaintiff has given sufficient reason to grant the extension of time to serve the summonses and amended complaint.

Pursuant to Local Rule 7-5(c), [m]otions, applications or requests may be submitted *ex parte* only for compelling reasons, and not for unopposed or emergency motions. In the declaration of Zachary Takos, Exobox states that the instant motion is *ex parte* "because the relief sought does not impact or affect any of the Defendants who have been served in this matter." This is not a compelling reason to file the instant motion *ex parte*. This motion will not be deemed *ex parte*.

Accordingly,

IT IS HEREBY ORDERED that the Clerk will remove the *ex parte* status from the Motion for Extension of Time to Serve the Summonses and Amended Complaint (#132).

…

…

1 | IT IS FURTHER ORDERED that the Motion for Extension of Time to Serve the Summonses and Amended Complaint (#132) is GRANTED.

DATED this 9th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE