# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., | |
| Plaintiff, | 2:14-cv-00501-RFB-VCF |
| vs. | **ORDER** |
| ZACHARY TSAMBIS, *et al.,* | |
| Defendants. | |

Before the court is Plaintiff's Motion for Extension of Time to Service the Summonses and Amended Complaint (#157).

To date, no oppositions have been filed by those defendants that have already appeared in this matter. The time to file an opposition has passed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Service the Summonses and Amended Complaint (#157) is GRANTED. Process of service of the Summonses and Amended Complaint must be perfected on the remaining defendants by July 6, 2015.

IT IS SO ORDERED.

DATED this 3rd day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE