KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DAVID KRAWCZYK, ESQ.
Nevada Bar No. 012423
DAVID B. MATHENY, ESQ.
Nevada Bar No. 08178
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway
Henderson, Nevada 89074
(702) 388-1216 (Telephone)
(702) 388-2514 (Facsimile)
KenRoberts@drsltd.com (Email)
DavidK@drsltd.com (Email)
davematheny@drsltd.com (Email)
Attorneys for Defendant
MICHAEL ROUGEOU

# UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP, A Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY TSAMBIS, an individual; JAMES PATRICK KERR, an individual; EDDIE CARPENTER, an individual; SCOTT CARPENTER, an individual; SOUTH BEND AIR CONDITIONING AND HEATING, INC., a Texas Corporation; RONNIE RAGONE, an individual; MIKE RODGERS, an individual; DOROTHY RODGERS, an individual; ATAKIS KONTOULIS, an individual; JAMES KUBECA, an individual, OSAMA GATAANI, an individual; RICHARD HOOVER, an individual; SLADE LEWIS, an individual, LEONA ROBINSON, an individual; NICK DISTEFANO, an individual; ZANDY WILLIAMS, an individual; CHARLES SHARPLESS; an individual; TED RAMIREZ, an individual; KEVIN LOCHRIDGE, an individual; BRUCE GALE, an individual; CANDACE MORRIS, an individual; RAY MORRIS, an individual; DONALD BIELAT, an individual; FERN TRAVIS, an individual; JILL COX, an individual; JOHN BARNES, an individual; KEVIN LOCHRIDGE, an individual; KEVIN MORRIS, an individual; LONNIE ANDERSON, an individual; MARC CABIAN, an individual; MICHAEL ROUGEOU, an individual; MIKE BOWEN, an individual; | CASE NO.    2:14-cv-00501-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br>(First Request) |

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or otherwise respond to EXOBOX TECHNOLOGIES CORP.'s Complaint by Friday, June 26, 2015.

DATED: June 19, 2015    DEMPSEY, ROBERTS & SMITH, LTD.

By: /s/Kenneth Roberts
   KENNETH M. ROBERTS, ESQ.
   Nevada Bar No. 004729
   DAVID KRAWCZYK, ESQ.
   Nevada Bar No. 012423
   DAVID B. MATHENY, ESQ.
   Nevada Bar No. 08178
   1130 Wigwam Parkway
   Henderson, Nevada 89074
   (702) 388-1216 (Telephone)
   (702) 388-2514 (Facsimile)
   KenRoberts@drsltd.com (Email)
   DavidK@drsltd.com (Email)
   davematheny@drsltd.com (Email)
   Attorneys for Defendant
   MICHAEL ROUGEOU

DATED: June 19, 2015    GREENE INFUSO, LLP

By: /s/Zachary Takos
   MICHAEL V. INFUSO, ESQ.
   Nevada Bar No.: 7388
   ZACHARY P. TAKOS, ESQ.
   Nevada Bar No.: 11293
   330 South Jones Blvd. Suite 101
   Las Vegas, Nevada 89146
   (702) 570-6000 (Telelphone)
   (702) 463-8401 (Facsimile)
   Minfuso@greeninfusolaw.com
   Ztakos@greeninfusolaw.com
   Attorney for Plaintiff
   EXOBOX TECHNOLOGIES CORP.

6/22/15

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514