Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW, LTD.**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: 702.856.4629
Email: zach@takoslaw.com

Counsel for Exobox Technologies Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY TSAMBIS, an individual; JAMES PATRICK KERR, an individual; EDDIE CARPENTER, an individual; SCOTT CARPENTER, an individual; SOUTH BELT AIR CONDITIONING AND HEATING, INC., a Texas corporation; RONNIE RAGONE, an individual; MIKE RODGERS, an individual; DORTHY RODGERS, an individual; ATAKIS KONTOULIS, an individual; JAMES KUBECKA, an individual; OSAMA GATAANI, an individual; RICHARD HOOVER, an individual; SLADE LEWIS, an individual; LEONA ROBINSON, an individual; NICK DISTEFANO, an individual; ZANDY WILLIAMS, an individual; CHARLES SHARPLESS, an individual; TED RAMIREZ, an individual; KEVIN LOCHRIDGE, an individual; BRUCE GALE, an individual; CANDACE MORRIS, an individual; RAY MORRIS, an individual; DONALD BIELAT, an individual; FERN TRAVIS, an individual; JILL COX, an individual; JOHN BARNES, an individual; KEVIN MORRIS, an individual; LONNIE ANDERSON, an individual; MARC CABIAN, an individual; MICHAEL ROUGEOU, an individual; MIKE BOWEN, an individual; NOAH FRANKLIN, an individual; CONSTANTINE TSOU, an individual; PHYLLIS GEORGE, an individual; RANDY HUDSON, an individual; | Case No. 2:14-cv-00501-RFB-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

| | |
|---|---|
| 1 | SHARON BAKER, an individual; STEPHEN THORNTON, an individual; |
| 2 | STEVE ADAMS, an individual; STEVEN CAIN, an individual; STEVEN PEAIRSON, an individual; VICKI DAVIS, an individual; |
| 3 | WILLIAM MCILVRIDE, an individual; JOANN TSAMBIS, an individual; JOHN |
| 4 | ADLING, an individual; MARK ANDERSON, an individual; NICOLE |
| 5 | LAWRENCE, an individual; PHILLIP OCHS, an individual; ROBERT |
| 6 | HAMMONS, an individual; RON SWANSON, an individual; SEAN METTS, |
| 7 | an individual; WELSEY HENDLEY, an individual; |
| 8 | |
| 9 | Defendants. |

Plaintiff Exobox Technologies Corp. ("Plaintiff") hereby appoints and substitutes Zachary P. Takos, Esq. of Takos Law, Ltd. as counsel of record in the above-captioned matter in the place and stead of the law firm of Greene Infuso, LLP.

DATED this ___8___ day of October, 2015.

By: _____
Shaun Irvine, president, Exobox Technologies Corp

Michael V. Infuso, Esq. of Greene Infuso, LLP hereby approves and agrees to the substitution of Zachary P. Takos, Esq. of Takos Law, Ltd. as counsel of record in place of Greene Infuso, LLP.

DATED this ___9___ day of October, 2015.

**Greene Infuso, LLP**

_____
Michael V. Infuso, Esq., Nevada Bar No. 7388
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

1    Zachary P. Takos, Esq. of Takos Law, Ltd. hereby accepts this substitution in place of
2 Greene Infuso, LLP and agrees to represent Plaintiff in this matter.

3    DATED this _____ day of October, 2015.

4                             TAKOS LAW, LTD.

6                             _____
                              Zachary P. Takos, Esq., Nevada Bar No. 11293
                              1980 Festival Plaza Drive, Suite 300
7                             Las Vegas, Nevada 89135

9    IT IS SO ORDERED.

11                            _____
                              UNITED STATES DISTRICT COURT JUDGE/
12                            UNITED STATES MAGISTRAGE JUDGE

13                            October 14, 2015

3