**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY TSAMBIS, *et al.*, <br><br> Defendants. | 2:14-cv-00501-RFB-VCF <br> **MINUTE ORDER** |

Before the Court are the Unopposed Motion for Leave to Withdraw as Counsel for Defendant Zachary Tsambis (ECF No. 243) and Motion for Leave to Withdraw as Counsel for Defendant Joann Tsambis (ECF No. 244).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Unopposed Motion for Leave to Withdraw as Counsel for Defendant Zachary Tsambis (ECF No. 243) and Motion for Leave to Withdraw as Counsel for Defendant Joann Tsambis (ECF No. 244) is scheduled for 10:00 a.m., December 12, 2016, in Courtroom 3D.  Defendants Zachary Tsambis and Joann Tsambis must attend the hearing in person.

DATED this 5th day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE