Jo Ann Tsambis
Post Office Box 35
Cheswick, PA 15024
Telephone: (312) 890-2242
Email: jtsambis@bahasweb.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EXOBOX TECHNOLOGIES CORP., a Nevada corporation, Plaintiff, | § § § § | |
| VS. | § § § § § | CASE NO. 2:14-cv-00501-JAD-VCF |
| JO ANN TSAMBIS, an individual, Defendant. | | |

## MOTION TO APPEAR VIA TELEPHONIC CONFERENCE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

COMES NOW, Defendant, Jo Ann Tsambis, an individual, and files her Motion to Appear via Telephonic Conference, and in support thereof, would respectfully show unto the Court as follows:

### SUMMARY OF ARGUMENT

1. Jo Ann Tsambis is a resident of Allegheny County, Pennsylvania.

2. Jo Ann Tsambis believes the approximate distance between Allegheny County, Pennsylvania and Las Vegas, Nevada is nineteen hundred (1900) miles.

3. Jo Ann Tsambis is a full time student in Allegheny County, Pennsylvania.

## CONCLUSION

4. Jo Ann Tsambis is unable to physically appear in person in the U.S. District Court, District of Nevada, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, in the case number 2:14-cv-00501-JAD-VCF.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant, Jo Ann Tsambis, prays this Court hears and determines before any other matter, her Motion to Appear via Telephonic Conference for all matters that require Jo Ann Tsambis' appearance in Las Vegas, Nevada, in case number 2:14-cv-00501-JAD-VCF.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

Respectfully submitted,

By: _____
Jo Ann Tsambis
Post Office Box 35
Cheswick, PA 15024
Telephone: (312) 890-2242
Email: jtsambis@bahasweb.com

IT IS SO ORDERED
_____
UNITED STATES MAGISTRATE JUDGE
DATED: __12-9-2016__

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing has been made on December ___, 2016, by electronic service and/or by mailing and/or by faxing a copy thereof to:

Airene Williamson, Esq.
WILLIAMSON LAW OFFICE, PLLC
420 South Jones Boulevard
Las Vegas, Nevada 89107
*Via Facsimile Number (702) 444-7712*
*and/or*
*Via Email awilliamson@wlawoffice.com*

_____
Jo Ann Tsambis