Zachary Tsambis
Post Office Box 35
Cheswick, PA 15024
Telephone: (312) 890-2242
Email: ztsambis@bahasweb.com



2016 DEC -9 P 1:33

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., a Nevada corporation, Plaintiff, VS. ZACHARY TSAMBIS, an individual, Defendant. | CASE NO. 2:14-cv-00501-JAD-VCF |

## MOTION TO APPEAR VIA TELEPHONIC CONFERENCE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

COMES NOW, Defendant, Zachary Tsambis, an individual, and files his Motion to Appear via Telephonic Conference, and in support thereof, would respectfully show unto the Court as follows:

### SUMMARY OF ARGUMENT

1. Zachary Tsambis is a resident of Allegheny County, Pennsylvania.

2. Zachary Tsambis believes the approximate distance between Allegheny County, Pennsylvania and Las Vegas, Nevada is nineteen hundred (1900) miles.

3.  Zachary Tsambis believes his prior Motion to Appear via Telephonic Conference has been granted.

## CONCLUSION

4.  Zachary Tsambis is unable to physically appear in person in the U.S. District Court, District of Nevada, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, in the case number 2:14-cv-00501-JAD-VCF.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant, Zachary Tsambis, prays this Court hears and determines before any other matter, his Motion to Appear via Telephonic Conference for all matters that require Zachary Tsambis' appearance in Las Vegas, Nevada, in case number 2:14-cv-00501-JAD-VCF.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

Respectfully submitted,

By: *Zachary Tsambis*
Zachary Tsambis
Post Office Box 35
Cheswick, PA 15024
Telephone: (312) 890-2242
Email: ztsambis@bahasweb.com

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  12-9-2016

## **CERTIFICATE OF SERVICE**

     I hereby certify that service of the foregoing has been made on December 8, 2016, by electronic service and/or by mailing and/or by faxing a copy thereof to:

Airene Williamson, Esq.
WILLIAMSON LAW OFFICE, PLLC
420 South Jones Boulevard
Las Vegas, Nevada 89107
*Via Facsimile Number (702) 444-7712*
*and/or*
*Via Email awilliamson@wlawoffice.com*

Zachary Tsambis