# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY TSAMBIS, *et al.*, <br><br> Defendants. | 2:14-cv-00501-RFB-VCF <br> **ORDER** |

Before the Court is the Emergency Motion to Withdraw as Counsel for Plaintiff (ECF No. 286).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Withdraw as Counsel for Plaintiff (ECF No. 286) is scheduled for 10:00 AM, November 14, 2017, in Courtroom 3D. Shaun Irvine and/or a managing member of Exobox Technologies Corp. must attend the hearing.

IT IS SO ORDERED.

DATED this 2nd day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE