Zachary Tsambis, *Attorney Pro Se*
1321 Freeport Road, Suite 16
Cheswick, PA 15024
Telephone: (312) 890-2242
Email: ztsambis@bahasweb.com



IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EXOBOX TECHNOLOGIES CORP., a Nevada corporation, Plaintiff, | § § § § | |
| VS. | § § § | CASE NO. 2:14-cv-00501-JAD-VCF |
| ZACHARY TSAMBIS, an individual, Defendant. | § § § | |

## MOTION TO APPEAR TELEPHONICALLY

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

COMES NOW, Defendant, Zachary Tsambis, an individual, and files his Motion to Appear Telephonically, for a scheduled hearing on November 14, 2017 at 10:00 AM in LV Courtroom 3D, and in support thereof, Zachary Tsambis would respectfully show unto the Court as follows:

### SUMMARY OF ARGUMENT

1. Zachary Tsambis is a resident of Allegheny County, Pennsylvania, and is unable to physically appear before the Honorable Judge Cam Ferenbach on such short notice for Exobox's Emergency Motion to Withdraw.

1

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant, Zachary Tsambis, prays this Court grants his Motion to Appear Telephonically on November 14, 2017 at 10:00 AM in LV Courtroom 3D for Emergency Motion to Withdraw (document #288 in Case No. 2:14-cv-00501-JAD-VCF).

Respectfully submitted,

By: _[signature]_
Zachary Tsambis, *Attorney Pro Se*
1321 Freeport Road, Suite 16
Cheswick, PA 15024
Telephone: (312) 890-2242
Email: ztsambis@bahasweb.com

IT IS SO ORDERED.
_[signature]_

UNITED STATES MAGISTRATE JUDGE
DATED: 11-9-2017

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing has been made on November 7, 2017, by electronic service and/or by mailing and/or by faxing a copy thereof to:

Zachary P. Takos, Esq.
TAKOS LAW, LTD.
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
*Via Facsimile Number (702) 892-3904*
*and/or*
*Via Email zach@takoslaw.com*


Airene Williamson, Esq.
WILLIAMSON LAW OFFICE, PLLC
420 South Jones Boulevard
Las Vegas, Nevada 89107
*Via Facsimile Number (702) 444-7712*
*and/or*
*Via Email awilliamson@wlawoffice.com*


James Kerr, *Attorney Pro Se*
*Via Email thelaserguy98@gmail.com*


Jo Ann Tsambis, *Attorney Pro Se*
*Via Email jtsambis@bahasweb.com*


Michael Rougeou, *Attorney Pro Se*
*Via Email mrougeou1@gmail.com*


/s/ Zachary Tsambis
Zachary Tsambis, *Attorney Pro Se*

3

Z Tsambis
1381 Freeport Rd #16
Cheswick, PA 15024



PLACE STAMP HERE
Post Office will not deliver without postage.

Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd South
Clerks Office Room 1334
Las Vegas, NV 89101




**U.S. POSTAGE PAID**
VERONA, PA
15147
NOV 07, 17
AMOUNT
**$23.75**
R2305M144503-8

89101
1007

PRESS FIRMLY TO SEAL

**PRIORITY MAIL EXPRESS™**

UNITED STATES POSTAL SERVICE®

EL870259218US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( 312 ) 591-2342
Z. Tsambis
1321 Freeport Rd #16
Cheswick, PA 15024

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd South #1334
Las Vegas, NV 89101

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 15147
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
Date Accepted: 11/7/17
Time Accepted: 12:01 PM
Scheduled Delivery Date: 11/8/17
Scheduled Delivery Time: ☑ 10:30 AM
Postage: $23.75
Weight: 5 lbs. 0 zs.
Total Postage & Fees: $23.75
Acceptance Employee Initials: KM

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, OCTOBER 2016  PSN 7690-02-000-9996  3-ADDRESSEE COPY