UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EXOBOX TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY TSAMBIS, <br><br> Defendant. | Case No. 2:14-cv-00501-RFB-VCF <br><br> **<u>ORDER</u>** |

Before the Court for consideration is the Report and Recommendation (ECF No. 301) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 14, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 28, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 301) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is DISMISSED for failure to obey the court's order and that Judgment be entered on all claims in favor of Defendants.

The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: November 28, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**